

PEDRO FELICIANO C59854
P.O. BOX 689, ZW-321L
SOLEDAD, CA 93960-0689

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102