FILED
07 SEP 13 PM 1:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PEDRO FELICIANO,

        Plaintiff,

vs.

BEN CURRY, WARDEN, ET. AL.,

        Defendant.

CASE NO. C 07 4713 CW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, PEDRO FELICIANO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                        Yes ___ No _X_

b. Income from stocks, bonds, or royalties?                        Yes ___ No _X_

c. Rent payments?                                                  Yes ___ No _X_

d. Pensions, annuities, or life insurance payments?                Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                                Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support: $_____

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3 _____
4 _____
5 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?  Yes ___  No _X_
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 _____
10 _____

11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 September 6, 2007                    [signature]
17    DATE                              SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8
9                          **CERTIFICATE OF FUNDS**
10                                    **IN**
11                          **PRISONER'S ACCOUNT**
12

13   I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of ____PEDRO FELICIANO____ for the last six months
15   at   CTF-SOLEDAD
16                                      [prisoner name]
17   _____ where (s)he is confined.
18           [name of institution]
19   I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ __22.50__ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ __18.05__.
22
23   Dated: _9-8-07_                    _Brenda Nation, Acct Technician_
24                                         [Authorized officer of the institution]
25
26
27   CORRECTIONAL TRAINING FACILITY        THE WITHIN INSTRUMENT IS A
                                           COPY OF THE TRUST ACCOUNT MAINTAINED
28   ATTN: TRUST OFFICE                    BY THIS OFFICE.
                                           9-8-07
                                           CA DEPARTMENT OF CORRECTIONS
                                           _Brenda Nation_
                                           Acct Technician

-5-

Case Number: __C 07 4713 CW__

E-filing

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT       (PR)

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __FELICIANO C59854__ [prisoner name] for the last six months at __CORRECTIONAL TRAINING FACILITY__ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $__22.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__18.05__.

Dated: __9-8-07__        __Brenda Nation, Acct Technician__
                          Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 9-8-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Brenda Nation__
TRUST OFFICE

Acct Technician

4

```
REPORT ID: TS3030   .701                                    REPORT DATE: 09/08/07
                                                            PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: APR. 09, 2007 THRU SEP. 08, 2007

ACCOUNT NUMBER : C59854              BED/CELL NUMBER: CFZWT3000000321L
ACCOUNT NAME   : FELICIANO, PEDRO PODRON    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------  ---------  ---------  ---------  -----------   -------

04/09/2007  BEGINNING BALANCE                                              73.22

04/10 W389 DONATION - YO  3003PIONEE                          36.25        36.97
04/16 FR01 CANTEEN RETUR  603102                               3.05-       40.02
04/16 FC01 DRAW-FAC 1     3109 ML                             40.02         0.00
05/02 D554 INMATE PAYROL  3270 P4                27.00                     27.00
06/04 W534 MEDICAL CHARG  3664SBOOTS                          27.00         0.00
06/05 D554 INMATE PAYROL  3679 P7                27.00                     27.00
07/02 W536 COPAY CHARGE   0005 8411                            5.00        22.00
07/05 D554 INMATE PAYROL  0018 P17               27.00                     49.00
07/16 FC01 DRAW-FAC 1     0187 ML                             49.00         0.00
08/03 D554 INMATE PAYROL  0393 P12               27.00                     27.00
08/14 W389 DONATION - YO  0545 PIZZA                          25.00         2.00
09/06 D554 INMATE PAYROL  0774 P23               27.00                     29.00
09/08 W415 CASH WITHDRAW  0810 FFEE                            5.00        24.00

                            TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL         CURRENT      HOLDS       TRANSACTIONS
 BALANCE     DEPOSITS   WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
---------   ---------   -----------   ----------   ---------   ---------------

  73.22      135.00        184.22        24.00        0.00           0.00


                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                         24.00
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

[Stamp: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: 9-8-07 CALIFORNIA DEPARTMENT OF CORRECTIONS BY [signature] TRUST OFFICE]

Acct Technician