IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO FELICIANO,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden, et al.,<br><br>    Respondents.<br>_____/ | No. C 07-4713 CW PR<br><br>ORDER DENYING APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> AS MOOT AND ORDER TO SHOW CAUSE |

    Petitioner, a state prisoner currently incarcerated at California Correctional Training Facility in Soledad, California, has filed an application to proceed <u>in forma pauperis</u> (IFP) and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, the Court hereby issues the following orders:

    The application to proceed IFP is DENIED as moot because Petitioner paid the requisite filing fee.  The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

    Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules

1  Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause
2  why a writ of habeas corpus should not be issued.  Respondent shall
3  file with the answer a copy of all portions of the state record
4  that have been previously transcribed and that are relevant to a
5  determination of the issues presented by the petition.
6      If Petitioner wishes to respond to the answer, he shall do so
7  by filing a traverse with the Court and serving it upon Respondent
8  within thirty (30) days of his receipt of the answer.

11     IT IS SO ORDERED.

13 Dated: 2/7/08

_____
CLAUDIA WILKEN
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PEDRO FELICIANO,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
_____/

Case Number: CV07-04713 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Feliciano C-59854
P.O. Box 689, ZW-321L
Soledad, CA 93960-0689

Attorney General
State of California
455 Golden Gate Ave., #11000
San Francisco, CA 94102

Ben Curry, Warden
Correction Training Facility, Soledad
P.O. Box 686
Soledad, CA 93960-0686

Dated: February 7, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk