1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  BRIAN C. KINNEY, State Bar No. 245344
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5255
     Fax: (415) 703-5843
8    Email: Brian.Kinney@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEDRO FELICIANO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | C 07-4713 CW<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**<br><br>Judge:　The Honorable Claudia Wilken |

**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Petitioner Pedro Feliciano is a California state inmate proceeding pro se in this habeas corpus action. Petitioner, who is currently serving an indeterminate sentence for first-degree murder, alleges that the California Board of Parole Hearings unconstitutionally denied him parole at his 2005 parole consideration hearing. On February 7, 2008, this Court issued an order to show cause why the writ should not be granted. For the reasons set forth in the accompanying

/ / /

/ / /

/ / /

declaration of counsel, Respondent respectfully requests a thirty-day extension of time, up to and including May 7, 2008, to file a responsive pleading in this matter.

Dated: April 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General


/S/ BRIAN C. KINNEY
BRIAN C. KINNEY
Deputy Attorney General
Attorneys for Respondent

40238005.wpd
SF2008400601

Req. for Ext. of Time to File a Response; Decl. of Counsel

*Feliciano v. Curry*
C 07-4713 CW

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Pedro Feliciano.

3. On February 7, 2008, this Court issued an order to show cause requiring Respondent to file a responsive pleading by April 7, 2008. On February 22, 2008, my paralegal requested the documents necessary to respond to Petitioner's claim. Specifically, she requested Petitioner's parole hearing transcript from the Board of Parole Hearings, prison documents from the Correctional Training Facility, and the state-court petitions and denials from the San Bernardino County Superior Court, the California Court of Appeal, and the California Supreme Court.

4. As of last week, the Attorney General's Office had not received the documents from the Correctional Training Facility, or the petition and denial from the San Bernardino County Superior Court. As a result, my paralegal re-requested these documents on April 2, 2008. As of yet, these documents have not arrived at the Attorney General's Office.

5. As a result, I am respectfully requesting an extension of time because I lack documents necessary to prepare a thorough responsive pleading. I respectfully request an additional thirty days, up to and including May 7, 2008, to file a responsive pleading in this matter.

6. Petitioner is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

/ / /
/ / /
/ / /
/ / /
/ / /

1     8. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

    I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on April 7, 2008, in San Francisco, California.

                                  /S/ BRIAN C. KINNEY
                                  Brian C. Kinney
                                  Deputy Attorney General

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Pedro Feliciano v. Ben Curry, Warden**

Case No.:    **C 07-4713 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 7, 2008**, I served the attached

**1) REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL;**

**2) [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Pedro Feliciano (C-59854)
Correctional Training Facility
P.O. Box 689
ZW-321L
Soledad, CA 93960-0689
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 7, 2008**, at San Francisco, California.

|                              |                                |
|------------------------------|--------------------------------|
| R. Panganiban                | /S/ R. Panganiban              |
| Declarant                    | Signature                      |

40238113.wpd