IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PEDRO FELICIANO,**<br><br>  Petitioner,<br><br>  v.<br><br>**BEN CURRY, Warden,**<br><br>  Respondent. | C 07-4713 CW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including May 7, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: _____    _____
                                    The Honorable Claudia Wilken

[Proposed] Order                                    *Feliciano v. Curry*
                                                    Case No. C 07-4713 CW