IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PEDRO FELICIANO,** | C 07-4713 CW |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including May 7, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: 4/9/08 _____
The Honorable Claudia Wilken

[Proposed] Order                                                                               *Feliciano v. Curry*
                                                                                                Case No. C 07-4713 CW

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PEDRO FELICIANO,

    Plaintiff,

v.

BEN CURRY et al,

    Defendant.

Case Number: CV07-04713 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Feliciano C-59854
P.O. Box 689, ZW-321L
Soledad, CA 93960-0689

Dated: April 9, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk