# EXHIBIT A

# AMENDED

## ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
**BRANCH** CENTRAL

COURT I.D.: 3 6

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: FELICIANO, PEDRO PODRON (001)
AKA:

[XX] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S): SCR 39275 -A
(F21807) -XX
-C
-D
-E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
[X] AMENDED ABSTRACT

DATE OF HEARING: 01 07 83
DEPT. NO.: 5 Extra Session at Chino
JUDGE: FENTON E. JONES
CLERK: CYNTHIA STERNER
REPORTER: LYNETTE MITCHELL
COUNSEL FOR PEOPLE: T. GLASSER
COUNSEL FOR DEFENDANT: J. VEGA
PROBATION NO. OR PROBATION OFFICER: J.G. LEVERS

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-REFER* | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | Murder | 82 | 11 04 82 | x | | | | | | | | (See indeterminate commitment) |
| 2 | PC | 187/664 | Attempt Murder | 82 | 11 04 82 | x | M | | | x | | | | (2 4) |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | | | 12022(b) | | | 12022.3(a) | | | 12022.3(b) | | | 12022.5 | | | 12022.6(a) | | | 12022.6(b) | | | 12022.7 | | | 12022.8 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | |
| 1 | | | | | | | | | | | | | x | | x | | | | | | | | | | | | | 2 |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

4. OTHER ORDERS:

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

[RECEIVED DEC 22 1983 RECORDS OFFICE]

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [RECD LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED ON STATE PRISON: 2

9. EXECUTION OF SENTENCE IMPOSED:
A. [XX] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

10. DATE SENTENCE PRONOUNCED: MO 01 DAY 07 YEAR 83
CREDIT FOR TIME SPENT IN CUSTODY: 300
TOTAL DAYS INCLUDING ACTUAL LOCAL: 201
LOCAL CONDUCT CREDITS: 99
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF TO BE DELIVERED
[XX] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] OTHER (SPECIFY):
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: Julie A. Dashiell
DATE: JUN 22 1983

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290
Pen.C. 1213.5

DISTRIBUTION:   PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
BRANCH CENTRAL

COURT I.D. 36100

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: FELICIANO, PEDRO PODRON (001)    [ ] NOT PRESENT
AKA:

CASE NUMBER(S):
SCR 39275 - A
- B
- C
- D
- E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    [ ] AMENDED ABSTRACT

DATE OF HEARING (MO)(DAY)(YR): 01 07 83
DEPT. NO.: 5 Extra Session at Chino
JUDGE: FENTON E. JONES
CLERK: CYNTHIA STERNER
REPORTER: LYNETTE MITCHELL
COUNSEL FOR PEOPLE: T. GLASSER
COUNSEL FOR DEFENDANT: J. VEGA
PROBATION NO. OR PROBATION OFFICER: J.G. LEVERS

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE CS-REFER | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED (YEARS MONTHS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | Murder | 82 | 11 04 82 | X | (Sentenced TPL 25 years to life) | | | | | | | |
| 2 | PC | 187/664 | Attempt Murder | 82 | 11 04 82 | X | X | | | | | | | |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | X   X | | | | | 2 |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |
| | | |

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

4. OTHER ORDERS:
See Indeterminate commitment form for sentencing as to Count 1.

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: ————————————————→ 2

9. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

10. DATE SENTENCE PRONOUNCED: 01 07 83
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 300 INCLUDING: ACTUAL LOCAL TIME 201 LOCAL CONDUCT CREDITS 99
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[X] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): _____

CLERK OF SUPERIOR COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: Julie A. Dashiell
DATE: JAN 10 1982

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290

Pen.C. 1213.5.

DISTRIBUTION:   PINK COPY — COURT FILE   YELLOW COPY — DEPARTMENT OF CORRECTIONS