# EXHIBIT F

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re PEDRO FELICIANO on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

AUG - 8 2007

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE

Chief Justice