Pedro Feliciano C59854
P.O. Box 689  ZW-342L
Soledad, CA 93960-0689

**IN PROPIA PERSONA**



FILED

MAY 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PEDRO FELICIANO,** | ) | C 07-4713 CW |
| | ) | |
| Petitioner, | ) | **PETITIONER'S OPPOSITION TO MOTION** |
| | ) | **TO DISMISS; MEMORANDUM OF PONTS** |
| v. | ) | **AND AUTHORITIES** |
| | ) | |
| **BEN CURRY, WARDEN,** | ) | Judge Claudia Wilken |
| | ) | United States District Judge |
| Respondent. | ) | |

**INTRODUCTION**

PETITIONER, PEDRO FELICIANO, HEREBY OPPOSES THE RESPONDENT'S MOTION TO DISMISS RECEIVED MAY 2, 2008.

## PETITIONER IS ENTITLED TO STATUTORY TOLLING

Under the AEDPA, the limitations period is tolled during the pendency of a ``properly filed application for state post-conviction or other collateral review with respect to the pertinent judgment or claim.'' 28 USC section 2244(d)(2). This means that the one year statute of limitations is tolled from the time a California prisoner files his first state habeas petition until the California Supreme Court rejects his final collateral challenge. **Carey v. Saffold** (2006) 536 US 214.

Here, Petitioner filed his writ of habeas corpus in San Bernardino Superior Court on November 20, 2005, almost a month before the Board's decision became final on December 29, 2005.

The San Bernardino Superior Court requested Respondent file a letter response on December 2, 2005. (See attached) Petitioner replied to the letter response and thereafter waited patiently for the Court's decision.

Understand that Petitioner is a Cuban immigrant with no English speaking skills and no understanding of the legal process. It appears that the San Bernardino Superior Court denied the writ on February 6, 2006. However, for whatever reason, Petitioner never received the order. Petitioner has verified with the Housing Unit Officer that no legal mail was delivered to him between February 6, 2006, and November 16, 2006.

On November 6, 2006, growing concerned with the delay Petitioner sought assistance at the Prison Law Library. A letter of inquiry was written to the San Bernardino Superior Court regarding the decision in his case. (See attached) It took an additional month for the Court to finally mail the writ denial to Petitioner. Petitioner has been diligent in his filings ever since.

It is Petitioner's position that through no fault of his own, he was unable to prosecute his writ faster because he never received the Court's response.

The 344 days Respondent refers to are not ``unreasonable'' under **Evans v. Chavis** (2006) 546 US 189, given the circumstances. This Court

is authorized to make this determination on a case-by-case basis. **Culver v. Dir. Of Corr.** (2006) 450 F.Supp.2d 1137. There is no specific time for courts to respond to or decide prisoner's applications for relief. At times, courts have granted themselves extensions due to workload or due to stays pending decisions in higher courts. Petitioner honestly believed that his writ was being considered by the Court and the delay was due to unknown reasons.

Petitioner does not know if the Superior Court mailed or failed to mail the order denying the writ, nor is he able to ascertain what happened to the correspondence if it was delivered to prison authorities. All he knows for certain is that he never received a copy of the order until sometime around January 2, 2007.

Petitioner would even argue that these are in fact extraordinary circumstances warranting equitable tolling under **Spitsyn v. Moore** (2003) 345 F.3d 796. It was not Petitioner's intention to delay his filing anymore than the absolute necessary.

## CONCLUSION

For the reasons stated above and the attached exhibits, Petitioner respectfully requests that the motion to dismiss be denied and Respondent ordered to answer the merits of his writ.

DATED: May 6, 2008.

Respectfully submitted,

*[signature]*

Pedro Feliciano, in pro per

cc:  Office of The Attorney General
     455 Golden Gate Ave., Suite 11000
     San Francisco, CA 94102

# EXHIBIT

(LETTER RESPONSE)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN BERNARDINO

ACIS Case No.:      JUDGE: BOB N. KRUG      DATE: December 2, 2005

CASE NO.: SWHSS- **8514**      CLERK: V. GAYTON      COUNSEL:

DEPT.: S-16      BAILIFF: --

REPORTER: --

CASE TITLE:    In the Matter of the Application of
**PEDRO FELICIANO**
on Habeas Corpus

NATURE OF PROCEEDINGS:

**ORDER DIRECTING RESPONDENT TO FILE LETTER RESPONSE**

MINUTE ORDER:

Petitioner has filed a Petition for Writ of Habeas Corpus. Respondent is directed to file and serve, on or before January 3, 2006, a letter response to the contentions contained in the Petition.

Petitioner may file a Reply to this Informal Response within fifteen (15) days after its receipt. A copy of any reply or other documentation filed with the court is to be served on counsel for the Respondent and Proof of Service thereof filed with the court.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO, CENTRAL DISTRICT

| | |
|---|---|
| **TITLE OF CASE (ABBREVIATED):** | In the Matter of the Application of **PEDRO FELICIANO** on Habeas Corpus |
| **CASE NUMBER:** | SWHSS – 8514 |

## DECLARATION OF SERVICE BY MAIL

My business address is: San Bernardino Superior Court, 351 N. Arrowhead Avenue, San Bernardino, California 92415.

I hereby declare that I am a citizen of the United States, over the age of 18, employed in the above-named county, and not a party to nor interested in this proceeding. On ____December 2, 2005____, I deposited in the United States mail at San Bernardino, California, a sealed envelope (postage prepaid) which contained a true copy of the attached:

**NAME OF DOCUMENT:**

## ORDER DIRECTING RESPONDENT TO FILE LETTER RESPONSE

which was addressed as follows:

**Name and Address of Persons Served:**

Pedro Feliciano, C-59854
Z-321-L
P.O. Box 689
Soledad, CA 93960-0689

Bill Lockyer, Attorney General
State of California
P.O. Box 85266
San Diego, CA 92186-5266

(Together with copy of Minute Order)

At the time of mailing this notice there was regular communication between the place of mailing and the place(s) to which this notice was addressed.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: ____December 2, 2005____        by _/s/ Mary Jo Phipps_
                                                                        Mary Jo Phipps
                                                                        Judicial Secretary

# EXHIBIT

(LETTER OF INQUIRY)

Received
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
NOV 2 3 2006
BY _____
                    DEPUTY

**Pedro Feliciano**
**C59854   ZW-321L**
**P. O. Box 689**
**Soledad, CA 93960-0689**

Thursday, November 16, 2006

Superior Court Of California
County of San Bernardino
Honorable Bob N. Krug
351 N. Arrowhead Ave., Dept. S-16
San Bernardino, CA 92415-0240

*Copy of 8 page decision mailed 11-29-06*

    **RE: In re Feliciano, Case No. SWHSS-8514**

Your Honor:

    On or about November 20, 2005, I filed the above captioned matter in this Court. An Informal Response was requested and a Reply followed on January 13, 2006. As of this date, I have not received a copy of the decision in this case.

    I am respectfully requesting that the Court forward to me a copy of the decision rendered as soon as possible. It is my desire to pursue this matter further if necessary.

    Thank you in advance for your attention and consideration.

                               Respectfully,

                               Pedro Feliciano
                               Pro Se Petitioner

PF/pja

Pedro Feliciano
C59854   ZW-321L
P. O. Box 689
Soledad, CA 93960-0689

Sunday, December 17, 2006

Superior Court Of California
County of San Bernardino
Honorable Bob N. Krug
351 N. Arrowhead Ave., Dept. S-16
San Bernardino, CA 92415-0240

**RE: In re Feliciano, Case No. SWHSS-8514**

Your Honor:

I am sorry if I confused the Court with my request. I did not ask for the decision of the Board of Prison Terms (which is what you sent me), I asked for the decision on the case. In other words, I need a copy of the ORDER that was issued regarding my claims.

Why didn't I receive a copy of the ORDER already? Why is it taking so long?

Respectfully,

Pedro Feliciano
Pro Se Petitioner

PF/pja

# EXHIBIT

(OTHER WRITS)

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO



### ORDER

COURT OF APPEAL FOURTH DISTRICT

In re

PEDRO FELICIANO

on Habeas Corpus.

E042143

(Super.Ct.Nos. SCR39275 & SWHSS8514)

The County of San Bernardino

THE COURT

The petition for writ of habeas corpus is DENIED.

_____KING_____
Acting P.J.

cc:   See attached list



- MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

—

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



# Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

February 15, 2007

Pedro Feliciano  C-59854
P.O. Box 689   ZW-321L
Soledad, CA  93960-0689

Re:  **In re Pedro Feliciano on Habeas Corpus**

Dear Mr. Feliciano:

Returned unfiled is your petition for writ of habeas corpus received February 15, 2007. **We must have an original signature**. Please sign the form at the place indicated and return it with the enclosed copy of this letter so that it may be properly filed.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By:  I. Canoc, Deputy Clerk

Enclosure