

Pedro Feliciano C59854
P.O. Box 689  ZW-342L
Soledad, CA 93960-0689

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR.
1301 Clay St., #2, 4th Fl.
Oakland, CA 94612-5212

LEGAL MAIL