IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO FELICIANO, | No. C 07-4713 CW (PR) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE REPLY |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. The Court directed Respondent to file a answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent has filed a motion to dismiss. Petitioner has filed an opposition. Respondent has not filed a reply to Petitioner's opposition to the motion to dismiss.

    Petitioner has raised issues in his opposition that were not addressed in Respondent's motion to dismiss, and the Court would find it helpful to have a reply from Respondent. Accordingly, Respondent is ordered to file a reply by November 17, 2008, unless he wishes to withdraw the motion.

    IT IS SO ORDERED.

Dated: 10/16/08

                                            CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PEDRO FELICIANO,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-04713 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Campbell Kinney
California's Office of the Attorney Gernerial
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Pedro Feliciano C-59854
P.O. Box 689, ZW-321L
Soledad, CA 93960-0689

Dated: October 16, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk